ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch
CHARLES E. PELL (Cal. Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3542
    Facsimile: (714) 338-3561
    E-mail:  Charles.E.Pell2@usdoj.gov
JOSEPH A. RILLOTTA
Trial Attorney
U.S. Dept. of Justice, Tax Division
    601 D Street, NW, Room 7904
    Washington, D.C. 20004
    Telephone: (202) 305-2374
    Facsimile: (202) 514-9623
    Email: Joseph.A.Rillotta@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DENIED**
BY ORDER OF THE COURT
**NO CONTINUANCES BEYOND 6 MONTHS**
SJO 08/29/12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MASOOD CHOTANI,<br><br>    Defendant. | Case No. 2:10-cr-00678-SJO<br><br>[proposed] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**PROPOSED TRIAL DATE: 06-03-2013**<br><br>**PROPOSED S/C DATE:   05-20-2013** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 23, 2012.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good

cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 4, 2012, to June 3, 2013, at 9:00 a.m. The status conference hearing is scheduled for May 20, 2013, at 10:00 a.m.

2. The time period of September 4, 2012, to June 3, 2013, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 1 of the United States Courthouse, 312 North Spring Street, Los Angeles, California, 92701, pursuant to the newly-scheduled hearing dates.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion

```
 1  of additional time periods from the period within which trial
 2  must commence.
 3
 4         IT IS SO ORDERED.
 5
 6  _____            _____
 7  DATE                      THE HONORABLE S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE
 8
 9
10
11
12  Presented by:
13
      /s/
14  _____
    JOSEPH A. RILLOTTA
    Trial Attorney
15  U.S. Department of Justice, Tax Division
```

**DENIED**
BY ORDER OF THE COURT