SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
HUMBERTO DIAZ (No. 157692)
Deputy Federal Public Defender
(E-mail: Humberto_Diaz@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-5308
Facsimile (213) 894-0081

Attorneys for Defendant
MASOOD CHOTANI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 10-0678-SJO |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER RE: |
| v. | ) BOND MODIFICATION |
| MASOOD CHOTANI, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY that the bond in this case be modified as follows:

The appearance bond in the amount of $200,000 remains in effect.  The affidavits of surety are to be as follows:

1. An affidavit of surety without justification in the amount of $200,000 by Salma  Hussain.
2. An affidavit of surety with justification in the amount of $120,000 by Medina Hussain.

/

3. An affidavit of surety without justification in the amount of $200,000 by Mariam Chotani, Mr Chotani's wife.

All other conditions of bond previously imposed are to remain in effect.

DATED: October 5, 2012

_S. James Otero_
HONORABLE S. JAMES OTERO
United States District Judge

Presented by:

  /s/ *Humberto Diaz*
HUMBERTO DIAZ
Deputy Federal Public Defender

CC: FISCAL, PSA-LA