SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
HUMBERTO DIAZ (No. 157692)
Deputy Federal Public Defender
(E-mail: Humberto_Diaz@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-5308
Facsimile (213) 894-0081

Attorneys for Defendant
MASOOD CHOTANI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 10-00678-SJO |
| Plaintiff, ) | ORDER RE: MODIFICATION OF CONDITIONS OF RELEASE |
| v. ) | |
| MASOOD CHOTANI, ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Masood Chotani's conditions of pretrial release is modified.  Defendant is place on a curfew, and is allowed to be out of his house between the hours of 6 a.m. and 10 p.m.  All other conditions of release previously imposed are to remain in effect.

March 13, 2013.

DATED: _____

_____
HONORABLE S. JAMES OTERO
United States District Judge

CC: PRETRIAL SERVICE