UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 10-00678 SJO | Date | April 25, 2013 |
|---|---|---|---|

| Present: The Honorable | S. James Otero, United States District Judge |
|---|---|
| Interpreter | N/A |

| Victor Paul Cruz | Margarita Ramirez | Charles Pell<br>Ignacio Perez Del La Cruz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Masood Chotani | xx | | xx | Humberto Diaz, DFPD | xx | | xx |

**Proceedings:** SENTENCING

Hearing held.

In preparation for this proceeding the Court has reviewed the following documents: The Presentence Report (PSR) [42] disclosed on 3/28/13, and the confidential letter recommendation. Government's sentencing position[43] filed 04/08/13.  The government indicates that the PSR has concluded that defendant's total offense level is 17 and that his criminal history category is I, resulting in a advisory Sentencing Guidelines sentencing range to be 24 to 30 months' imprisonment.  The government recommends that the Court sentence defendant to a term of imprisonment of 24 months. Defendant's sentencing position [44] filed 4/11/13.  Defendant requests that the Court not impose a sentence greater than the 24-month sentence agreed upon by the parties.  The Court indicates that it will abide by the stipulation of the parties.

Defendant exercises his right of allocution.

Having considered the sentencing factors enumerated at 18 U.S.C. § 3553(a) including the advisory guideline range of 24 to 30 months based upon an offense level of 17 and a criminal history category of I, the Court imposes the following sentence:

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Defendant shall pay restitution in the total amount of $60,705 pursuant to 18 U.S.C. § 3663A, to victims as set forth in a separate victim list prepared by the probation office which this Court adopts and which reflects the Court's determination of the amount of restitution due to each victim. The victim list, which shall be forwarded to the fiscal section of the clerk's office, shall remain confidential to protect the privacy interests of the victims.

Restitution shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least 10% of defendant's gross monthly income but not less than $1,000, whichever is greater, shall be made during the period of supervised release and shall begin 30 days after the commencement of supervision. Additional payments are not ordered by the Court because of defendant's economic status.

For the amount of restitution ordered in this judgment, the defendant shall be held jointly and severally liable with co-participants, Haroon Amin and Ather Ali (Docket No. ED CR-08-00242), in the amount of $52,690, and shall be held solely liable in the amount of $8,015.

All fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Masood Chotani, is hereby committed on Count One of the Indictment to the custody of the Bureau of Prisons for a term of 24 months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of one year under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation Office, General Order 05-02, and General Order 01-05, including the three special conditions delineated in General Order 01-05.

2. The defendant shall not commit any violation of local, state, or federal law or ordinance.

3. During the period of community supervision, the defendant shall pay restitution and the special assessment in accordance with this judgment's orders pertaining to such payment.

4. When not employed or excused by the Probation Officer for schooling, training, or other

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

acceptable reasons, the defendant shall perform 20 hours of community service per week as directed by the Probation Office.

5. The defendant shall not prepare, or participate in any activity where anyone has prepared, federal or state income tax returns or other financial or accounting documents for anyone other than himself and his legal spouse or children.

6. The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport, or any other form of identification in any name, other than the defendant's true legal name; nor shall the defendant use, for any purpose or in any manner, any name other than his true legal name or names without the prior approval of the Probation Officer.

7. The defendant shall provide the Probation Officer with access to any and all business records, client lists, and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer.

8. The defendant shall not be employed in any position that requires licensing and/or certification by any local, state, or federal agency without the prior written approval of the Probation Officer.

9. The defendant shall truthfully and timely file and pay taxes owed for tax years 2009 through 2011 or to cooperate with the Internal Revenue Service to set up a payment plan; and to truthfully and timely file and pay taxes during the period of community supervision. Further, the defendant shall show proof to the Probation Officer of compliance with this order.

10. The defendant shall cooperate in the collection of a DNA sample from the defendant.

11. The defendant shall apply monies received from income tax refunds, lottery winnings, inheritance, judgments, and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation.

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

It is further ordered that the defendant surrender to the institution designated by the Bureau of Prisons on or before 12 noon, Tuesday, May 28, 2013. In the absence of such designation, the defendant shall report on or before the same date and time to the United States Marshal located at the Royal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

The Court advises the defendant of his right to appeal.

The Court grants the government's motion to dismiss all remaining counts.

The bond shall be exonerated upon surrender.

The Court recommends that the defendant shall be designated at Lompoc.

CC:   Probation Office

|  | : | 0/19 |
|---|---|---|
| Initials of Deputy Clerk | vpc | |